Ida A. Caputo (IC-9208)
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X
IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION          21 MC 102 (AKH)

_____X

PEDRO PONCE
                                             **NOTICE OF**
              V.                             **ADOPTION**

BATTERY PARK CITY AUTHORITY, ET. AL.         CASE NUMBER: (AKH)
                                             08 CV 2690
_____X

    PLEASE TAKE NOTICE THAT Defendants RBC Dain Rauscher Inc. (f/k/a Tucker Anthony, Inc. and hereafter "RBC Dain"), as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above referenced action, hereby adopt RBC Dain's Answer to Master Complaint, dated January 23, 2008, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

    WHEREFORE, the defendant RBC Dain demands judgment dismissing the above captioned action, together with their cost and disbursements.

Dated: New York, New York
       May 23, 2008

                       Faust, Goetz, Schenker & Blee, LLP

                       _____
                       By: Ida A. Caputo (IC-9208)
                       Attorneys for the Brookfield Parties
                       Two Rector Street, 20th Floor
                       New York, NY 10006
                       (212) 363-6900